# OPINIONS PER CURIAM, ETC., FROM JUNE 12, 1907 TO DEC. 23, 1907.

No. 13. Ex PARTE BORIA.—Application for the writ of *habeas corpus.* Decided June 17, 1907. Application denied. *Mr. Ramírez de Arellano* for petitioner.

No. 14. FIGUEROA *v.* THE REGISTRAR OF PROPERTY OF CAGUAS.—Appeal from decision of the registrar of property refusing to record a deed. Decided June 26, 1907. Appeal dismissed on the ground that it was taken after the expiration of the period provided by section 3 of the Act of March 1, 1902, governing appeals of this character. *Mr. Fulladosa* for appellant.

No. 15. CABRALES *v.* THE REGISTRAR OF PROPERTY OF PONCE.—Appeal from a decision of the registrar of property refusing to record a deed. Decided June 26, 1907. Appeal dismissed on the ground that it was taken after the expiration of the period provided for by section 3 of the Act of March 1, 1902, governing appeals of this character. The appellant appeared in his own behalf.